**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CLINTON W. SPENCER, | : No. 758 MAL 2019 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| LYNNETTE D. SPENCER, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.